| | | | |
|---|---|---|---|
| | AUSA: | Christopher Rawsthorne | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Matthew Hughes | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Caleb Wesley Andrews

Case No.

Case: 2:23−mj−30147
Assigned To : Unassigned
Assign. Date : 4/10/2023
Description: RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February through March 17, 2023__ in the county of __Oakland and elsewhere__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of child pornography |
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Matthew R. Hughes, Special Agent (FBI)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: April 10, 2023

_Judge's signature_

City and state: Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew Hughes, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the FBI since 2019 and am currently assigned to the Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through training and everyday work relating to conducting child exploitation investigations. To date, I have either conducted or participated in over 100 child exploitation investigations.

2. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251 and 2252A. I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Caleb Wesley Andrews for violations of 18 U.S.C. §§ 2251(a) (sexual exploitation of children), 2252A(a)(2) (distribution of child pornography), and 2252A(a)(5)(B) possession of child pornography.).

4.	The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

5.	This affidavit is submitted for the limited purpose of securing an arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Andrews has violated Title 18 U.S.C. §§ 2251(a), 2252A(a)(2), 2252A(a)(5)(B).

## PROBABLE CAUSE

6.	On or about February 10, 2023, Detroit Police Department (DPD) contacted the FBI Detroit requesting assistance in locating and recovering a missing minor female (MV1). MV1 had been reported missing the same day. MV1 was reported to be an 11-year-old female born in 2011.

7.	The FBI recovered MV1 in Detroit, Michigan on February 10, 2023.

8.	The FBI interviewed MV1 at the time of her recovery. MV1 stated she was at that location because she had run away from home and met a friend who took her to the location.

9. On March 30, 2023, MV1 was interviewed by a child and adolescent forensic interviewer. A Detroit Police Department detective was present during the interview. DPD provided a copy of the interview to the FBI.

10. During the interview MV1 stated she has been meeting an adult male named Caleb in Madison Heights, Michigan and engaging in sex with him. She stated the encounters were recorded by both of them and that some of the videos of the encounters are on her phone.

11. MV1 stated that her and Caleb would sell the videos on Instagram and people would pay her through CashApp.

12. MV1 stated that the videos were filmed in Caleb's home in a trailer park in Madison Heights, Michigan.

13. MV1 described Caleb as being a black male around 6'3" with long hair styled in dreadlocks. Caleb would pick MV1 up from her house and took her to his house where they had sex.

14. MV1 stated she took a picture of herself with Caleb in Caleb's car and that it was the same person she was filmed having sex with.

15. MV1 stated she disclosed her age to Caleb and they had sex and filmed the videos after she disclosed her age. MV1 stated they had sex around five or six times.

16. MV1 provided her iPhone 8 to Detroit Police Department. An extraction of the phone was conducted on April 3, 2023. A copy of the extraction was provided to the FBI on April 6, 2023.

17. I reviewed the contents of the extraction on April 6, 2023. The extraction contained videos depicting MV1 engaging in sex acts with an adult male. Some of the videos are recorded by the male as he holds the camera while others are recorded by MV1 as she holds the camera. The videos also show the adult male taking pictures and recording videos on another phone while MV1 holds the phone recording the encounter.

18. The extraction showed that approximately 25 videos were recorded between February 21 and February 24, 2023. All of the videos met the federal definition of child pornography.

19. MV1 stated that the last video she produced with Andrews was created around March 17, 2023.

20. On April 6, 2023, Michigan State Police searched law enforcement databases using the descriptions and location provided by MV1. Caleb was identified as Caleb Wesley Andrews, date of birth XX/XX/2000. I viewed a driver's license image of Andrews and the image matched the male depicted in the videos.

21. I identified the picture MV1 took of herself in the car with the adult male she described as Caleb. The individual matched the adult male in the videos and also matched the driver's license image for Andrews.

## CONCLUSION

22. Based on the foregoing, there is probable cause to believe that Caleb Wesley Andrews is in violation of 18 U.S.C. §§ 2251(a) (sexual exploitation of children), 2252A(a)(2) (distribution of child pornography), and 2252A(a)(5)(B) (possession of child pornography).

Respectfully submitted,

Matthew R. Hughes, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date: April 10, 2023